52 A.3d 173

IN THE MATTER OF TOBY G. KLEINMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 037601990).

October 5, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–002, concluding that the formal ethics complaint in Docket No. VIII–2004–0079E filed against **TOBY G. KLEINMAN** of **HIGHLAND PARK,** who was admitted to the bar of this State in 1990, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the formal ethics complaint filed against **TOBY G. KLEINMAN** in Docket No. VIII–2004–0079E is hereby dismissed.